**URANIUM ENERGY CORP (UEC)**                                      **Stephens, Heather M.**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 04/28/2015 | PUR | 1,845 | $2.7100 |