# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| HEATHER M. STEPHENS, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-1862 |
| URANIUM ENERGY CORP., AMIR ADNANI, and MARK A. KATSUMATA, | § § § § | |
| Defendants. | § | |

## ORDER POSTPONING INITIAL PRETRIAL
## AND SCHEDULING CONFERENCE

The parties' joint motion to continue the initial pretrial and scheduling conference currently set for September 1, 2015, (Docket Entry No. 11), is granted. The conference is reset for **September 18, 2015, at 5:00 p.m. in Courtroom 11-B**.

SIGNED on August 31, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge