United States District Court
Southern District of Texas
**ENTERED**
October 26, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HEATHER M. STEPHENS, Individually and On Behalf of All Others Similarly Situated, | § § § |
| Plaintiff, | § § |
| VS. | §  CIVIL ACTION NO. H-15-1862 |
| URANIUM ENERGY CORP., AMIR ADNANI, and MARK A. KATSUMATA, | § § § § |
| Defendants. | § |

## ORDER CLARIFYING AND AMENDING SCHEDULING ORDER

Counsel have helpfully pointed out an inconsistency between the July 31, 2015 order setting November 16, 2015 as the date for the plaintiffs to file an amended complaint and dates for motions to dismiss and responses, on the one hand, and the October 15, 2015 order appointing lead counsel and setting out dates for subsequent motions and responses on the other hand. To clarify, the plaintiffs must file their amended complaint no later than **November 16, 2015**. The defendants must file their motions to dismiss no later than **December 7, 2015**. The plaintiffs must file their opposition no later than **January 4, 2016**. A reply of no more than 7 pages may be filed by **January 11, 2016**. Oral argument on the motions to dismiss is set for **January 15, 2016 at 10:00 a.m.** in Courtroom 11-B.

SIGNED on October 26, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge